UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 AUG 19 A 9:39

DISTRICT COURT
HARTFORD, CT.

CLIVENS LANGLOIS,

    Petitioner,

V.

CASE NO.3:02CV1372 (RNC)

IMMIGRATION AND NATURALIZATION
SERVICE, ET AL.,

    Respondents.

### ORDER TO SHOW CAUSE

Petitioner is hereby ordered to file and serve, on or before September 10, 2005, a memorandum showing why his petition should not be transferred to the United States Court of Appeals for the Second Circuit pursuant to Section 106 of Division B of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005, Pub. L. No. 109-13, 119 Stat. 231 (2005) ("REAL ID Act"). Unless such cause is shown, the petition will be transferred to the Court of Appeals.

So ordered.

Dated at Hartford, Connecticut this 19 day of August 2005.

                                                    Robert N. Chatigny
                                                    United States District Judge