UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLIVENS LANGLOIS,             :
                              :
    Petitioner/Plaintiff,     :
                              :
V.                            :  CASE NO. 3:02CV1372 (RNC)
                              :  ALIEN NO. 36-471-981
IMMIGRATION AND NATURALIZATION:
SERVICE, ET AL.,              :
                              :
    Respondents/Defendants.   :

## ORDER OF TRANSFER

Petitioner having made no response to an order to show cause why his petition should not be transferred [Doc. # 13], the case is hereby transferred to the U.S. Court of Appeals for the Second Circuit as a petition for review. This transfer is made pursuant to Section 106 of Division B of the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005, Pub. L. No. 109-13, 119 Stat. 231 (2005) ("REAL ID Act of 2005"). Petitioner's case remains stayed pursuant to this Court's order [Doc. # 9], pending further order from the U.S. Court of Appeals for the Second Circuit.

So ordered.

Dated at Hartford, Connecticut this 5 day of October 2005.

Robert N. Chatigny
United States District Judge