**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

RECEIVED

06 MAY -4 AM 9:43

U.S. ATTORNEY OFFICE
BRIDGEPORT, CONNECTICUT

FILED

MAY 15 2006

Roseann B. MacKechnie, CLERK

x

LANGLOIS v. GONZALES

STIPULATION AND ORDER

Dkt. 05-5323-AG

x INS# A36 - 471 - 981

## STIPULATION OF WITHDRAWAL OF
## APPEAL FROM ACTIVE CONSIDERATION

IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned petition for review shall be, and hereby is, withdrawn from this Court's active consideration, subject to reinstatement by written notification to the Clerk of the Court within sixty (60) days after this Court's mandate in Guillaume v. Gonzales, 05-5099-ag.

If not reinstated prior to sixty days from the Court's mandate and if no further extension of the inactive status is obtained from the Court, the petition shall be deemed withdrawn with prejudice.

Petitioner-Appellant,
Clivens Langlois,

Respondent-Appellees,
Alberto Gonzalez,

CERTIFIED:

JUL 31 2007

By: _____

Jose L. DelCastillo, Esq.
DelCastillo & Associates, LLC
255 Main Street, 2nd Floor
Hartford, CT 06106-1896
(860) 527-8886 ext. 104
Dated: this 3rd day of May, 2006

So ORDERED.

By: _____

Krishna R. Patel
Assistant United States Attorney
United States Attorneys Office
915 Lafayette Boulevard
Bridgeport, CT 06604
(203) 696-3041
Dated: this 4th day of May, 2006

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

May 15, 2006

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____ J.D.H

DEPUTY CLERK